UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

YONGHANG WU,

               Petitioner,

               v.

WARDEN, Adelanto ICE Processing Center, et al.,

               Respondents.

Case No. 5:26-cv-02045-JLS-DTB

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner filed a Notice of Voluntary Dismissal which the Court construes as Objections to the Report and Recommendation.  Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 6, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2