JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YONGHANG WU, | Case No. 5:26-cv-02045-JLS-DTB |
| Petitioner, | **J U D G M E N T** |
| v. | |
| WARDEN, Adelanto ICE Processing Center, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 6, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1